IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10200
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FLOYD SMALL,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:93-CR-42-3
- - - - - - - - - -
January 19, 1996

Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Floyd Small appeals his convictions for interstate travel in aid of racketeering and aiding and abetting. 18 U.S.C. §§ 2, 1952(a)(3). He argues that the district court should have allowed him to withdraw his guilty plea. We have reviewed the record and Small's contentions and we find no reversible error.

AFFIRMED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.